Law Office of
**CHARLES A. STANZIALE, JR., LLC**
347 Mt. Pleasant Avenue, Ste 200
West Orange, NJ 07052

973-736-0218
cstanziale@chas-law.com

October 8, 2019

Jeanne A. Naughton, Clerk
US Bankruptcy Court
District of New Jersey
PO Box 1352
Newark, NJ 07101-1652

Re:    **15 Engle Street, LLC, Case No. 12-21053**

Dear Ms. Naughton:

In response to your memorandum dated September 11, 2019, this is to advise that the Trustee's Report of No Assets was filed on October 8, 2019.

There are no assets in the case, but remained open because it was the lead case with Kim's Provision Co., Inc., Case No. 12-27247.

Very truly yours,

*[signature]*
CHARLES A. STANZIALE,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

# memorandum



☒ P.O. Box 1352
Newark, NJ 07101-1352
(973) 645-4764

☐ P.O. Box 2067
Camden, NJ 08101-2607
(856) 361-2300

☐ 402 East State Street
Trenton, NJ 08608
(609) 858-9333

TO: Charles A. Stanziale, Jr.
FROM: Clerk's Office
CASE NO./NAME: 12-21053 15 Engle Street LLC
DATE: 9/11/19

In reviewing this case to determine if it is ready for closing, it has been noted that the following document(s) have not been filed:

☒ Trustee's Report of No Assets

☐ Certification of Service Concerning Order Respecting Amendment to Schedules or List of Creditors

☐ Chapter 13 Trustee's Final Report

☐ Order concerning a Motion returnable: _____

☒ Other: Status Letter

**IF ASSETS ARE CONTEMPLATED IN A CHAPTER
7 CASE, SUBMIT NOTICE OF DISCOVERED ASSETS**

Please forward the above document(s) to the Court within ten (10) days; if they cannot be forwarded, please notify the Court. If the document(s) are not forwarded and no response is received, the case may be closed, or listed for Status Conference. Your cooperation is greatly appreciated.

**PLEASE ENCLOSE A COPY OF THIS MEMO WITH ANY SUBMISSION**

JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*